**HUMMEL v. UNIVERSITY OF N.C.**

[358 N.C. 130 (2004)]

JOSEPH HUMMEL v. THE UNIVERSITY OF NORTH CAROLINA AND THE UNIVERSITY OF NORTH CAROLINA D/B/A THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

No. 131PA03

(Filed 6 February 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 156 N.C. App. 108, 576 S.E.2d 124 (2003), affirming an opinion and award entered by the North Carolina Industrial Commission on 14 January 2002. Heard in the Supreme Court 8 December 2003.

*Law Office of Martin A. Rosenberg, by Martin A. Rosenberg, for plaintiff-appellant.*

*Roy Cooper, Attorney General, by Thomas Ziko and Robert T. Hargett, Special Deputy Attorneys General, for defendant-appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.